IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH GRECO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUBGALLAGHER INVESTMENT TRUST, | : | |
| PATRICIA MOORE, Individually and as | : | |
| Trustee of SubGallagher Investment | : | |
| Trust, MICHAEL A. CASEY, SCOTIA | : | |
| INTERATIONAL OF NEVADA, INC, and | : | |
| MAX WARREN BARBER | : | NO. 19-2922 |

## ORDER

**NOW**, this 29th day of July, 2020, upon consideration of the Motion of Defendants SubGallagher Investment Trust and Patricia Moore to Set Aside the Default Judgment Entered on October 30, 2019, Vacate the Preliminary Injunction Entered on October 10, 2019, and Vacate the Default Entered on August 13, 2019 (Document No. 68), and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.