IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH GRECO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUBGALLAGHER INVESTMENT TRUST, | : | |
| PATRICIA MOORE, Individually and as | : | |
| Trustee of SubGallagher Investment | : | |
| Trust, MICHAEL A. CASEY, SCOTIA | : | |
| INTERATIONAL OF NEVADA, INC, and | : | |
| MAX WARREN BARBER | : | NO. 19-2922 |

### ORDER

**NOW**, this 29th day of July, 2020, upon consideration of the Motion of Scotia International of Nevada, Inc. and Max Warren Barber to Dismiss Plaintiff's Amended Complaint (Document No. 30), and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED** to the extent it raises a lack of personal jurisdiction.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1631, this action is **TRANSFERRED** to the United States District Court for the District of Utah.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.