IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH GRECO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUBGALLAGHER INVESTMENT TRUST, | : | |
| PATRICIA MOORE, Individually and as | : | |
| Trustee of SubGallagher Investment | : | |
| Trust, MICHAEL A. CASEY, SCOTIA | : | |
| INTERATIONAL OF NEVADA, INC, and | : | |
| MAX WARREN BARBER | : | NO. 19-2922 |

## ORDER

NOW, this 29th day of July, 2020, upon consideration of Defendant Michael Casey Esq.'s Motion to Dismiss (Document No. 26), and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED** to the extent it raises a lack of personal jurisdiction.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1631, this action is **TRANSFERRED** to the United States District Court for the District of Utah.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.